## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ERNEST M.,**

      **Plaintiff,**

      **v.**                                 **CIV No. 1:25-cv-00061-KRS**

**FRANK BISIGNANO,**
**Commissioner of the Social Security Administration,**

      **Defendant.**

## JUDGMENT

Having denied Plaintiff Earnest M.'s Motion for Judgment on the Pleadings, (Doc. 11), in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered against Plaintiff and in favor of the Commissioner of the Social Security Administration.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**